IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS HARDY                                                                          PLAINTIFF

V.                                         CASE NO. 3:10cv00204 JMM

OLUSEYI T. OSINOWO, et al                                                        DEFENDANTS

## ORDER

On August 26, 2010, Defendant, Armstrong Transfer & Storage Company filed a notice of removal from Crittenden County Circuit Court.

Pending is Plaintiff's counsel, Lloyd Hoffspiegel's motion for admission pro hac vice (DE #3), which was removed to this Court. The current motion is denied as moot. Counsel is directed to file his motion pursuant to the local rules of this Court. Counsel may access all Local Rules including Local Rule 83.5 by accessing the Court's website (www.are.uscourts.gov).

DATED this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE