# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEMETRIUS HARDY**                                                              **PLAINTIFF**

**VS.**                                   **3:10CV00204JMM**

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**                                                      **DEFENDANT**

## ORDER

Pending is the parties' joint motion for a continuance. (Docket # 79). For good cause shown, the motion is GRANTED. The Court will reschedule this case for trial the week of October 31, 2011 by separate order. In light of the new trial date, the following motions are deemed moot, docket #'s 66, 69, 71, 73, 74 and 76). The Court denies without prejudice the following motions in limine, docket #'s 37 and 43. The parties may refile the motions in limine in accordance with the amended scheduling order if the issues remain disputed at the time of trial. Although labeled as a motion in limine, the Court will treat Plaintiff's motion to declare a portion of Act 649 of 2003 unconstitutional as a substantive motion, docket # 64. Defendant is directed to respond to the motion within thirty (30) days of the entry of this Order.

IT IS SO ORDERED this 17th day of May, 2011.

/s/ James M. Moody
James M. Moody
United States District Judge