IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS HARDY**                **PLAINTIFF**

VS.              **3:10CV00204JMM**

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**              **DEFENDANT**

**ORDER**

Pending is Plaintiff's motion to compel. (Docket # 83). For good cause shown, the Court finds and orders as follows:

(1) Plaintiff's motion to compel as it relates to Defendant Osinowo's Driver History Report is moot.

(2) Plaintiff's motion to compel as it relates to an Employee Report Run by ChoicePoint is denied.

(3) Plaintiff's motion to compel as it relates to Defendant United Van Lines Action /Training Plan is denied.

(4) Plaintiff's motion to compel Previous Strike Information is granted.

(5) Plaintiff's motion to compel as it relates to his request for production of Defendant Osinowo's Trip Sheets is granted in part. Defendant is directed to make three months of trip sheets available for inspection and copying.

Accordingly, Plaintiff's motion is granted in part and denied in part as set forth herein.

IT IS SO ORDERED this 13th day of July, 2011.

James M. Moody
United States District Judge