**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DEMETRIUS HARDY**                                                        **PLAINTIFF**

VS.                         3:10CV00204JMM

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**                            **DEFENDANT**

## ORDER

Pending is Plaintiff's motion in limine seeking to exclude any reference to charges of careless driving being dropped. (Docket # 95). For good cause shown, the motion is GRANTED. The parties are precluded from referring at trial to the dismissal of the citation issued for careless driving arising from the accident at issue herein.

IT IS SO ORDERED this 30th day of September, 2011.

_____
James M. Moody
United States District Judge