IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS HARDY**                                                                                    **PLAINTIFF**

VS.                                             **3:10CV00204JMM**

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**                                                        **DEFENDANT**

## ORDER

Pending is Plaintiff's second motion in limine to use special verdict forms.  (Docket # 105). Plaintiff seeks special verdict forms requiring the jury to calculate separately each item of damages.  The Court finds that this case does not necessitate the use of a special verdict form. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED  this 4th day of October, 2011.

_____
James M. Moody
United States District Judge