IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DEMETRIUS HARDY | PLAINTIFF |
| Vs.   CASE NO.   3:10cv00204 JMM | |
| MIDWEST EMPLOYERS CASUALTY | INTERVENOR PLAINTIFF |
| OLUSEYI T. OSINOWO, et al | DEFENDANTS |

### ORDER

The jury trial currently scheduled sometime during the week of October 31, 2011, is rescheduled for **Monday, October 24, 2011 at 9:15 a.m.** Counsel are directed to be present no later than 8:15 a.m., in order to be prepared for a pretrial conference that will begin at 8:30 a.m. Exhibits need to be pre-marked on the exhibit list and on the exhibit. You do not have to use all of the exhibits listed, and you do not have to use them in order. They must be pre-marked, however. Any exhibit added during the trial must follow the last marked exhibit on your list. The Court will receive all exhibits stipulated to during the pretrial conference.

Due to the change in the trial date, motions in limine should be filed on or before October 14, 2011. Responses should be filed on or before October 19, 2011.

Trial briefs and agreed jury instructions should be submitted by e-mail to jmmchambers@ared.uscourts.gov on or before October 14, 2011.

IT IS SO ORDERED this 5th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE