**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DEMETRIUS HARDY**                                                          **PLAINTIFF**

**VS.**                                   **3:10CV00204JMM**

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**                                 **DEFENDANT**

## ORDER

Pending is Defendants' motion in limine to exclude testimony relating to Defendant

Osinowo not wearing shoes.  (Docket # 127).  Plaintiff has filed a response.  For good cause

shown, Defendants' motion is GRANTED.  Defendants' objections to testimony relating to

Osinowo not wearing shoes are sustained.

IT IS SO ORDERED this 17th day of October, 2011.


_____
James M. Moody
United States District Judge