IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS HARDY**                                                                         **PLAINTIFF**

VS.                                          **3:10CV00204JMM**

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**                                                        **DEFENDANT**

## ORDER

Pending is Defendants' motion in limine to exclude testimony relating to Defendant Osinowo not wearing shoes.  (Docket # 127).  Plaintiff has filed a response.  For good cause shown, Defendants' motion is GRANTED.  Defendants' objections to testimony relating to Osinowo not wearing shoes are sustained.

IT IS SO ORDERED this 17th day of October, 2011.

_____
James M. Moody
United States District Judge