IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS HARDY**                                                 **PLAINTIFF**

VS.                       **3:10CV00204JMM**

**OLUSEYI T. OSINOWO; ARMSTRONG
TRANSFER AND STORAGE, INC./
ARMSTRONG RELOCATION COMPANY,
AND UNITED VAN LINES, LLC**                          **DEFENDANT**

**ORDER**

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice. All pending motions are moot. The telephone conference scheduled October 21, 2011 and the jury trial beginning October 24, 2011 are cancelled.

The Court retains complete jurisdiction for sixty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within sixty (30) days of the date of this order.

IT IS SO ORDERED this 20th day of October, 2011.

_____
James M. Moody
United States District Judge